**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

IN RE:

|  |  |
|---|---|
|  | ) CHAPTER 7 CASE |
|  | ) |
| KLECKNER, DUANNE A., | ) CASE NO.  10-03085 |
|  | ) |
|  | ) HONORABLE MANUEL BARBOSA |
| Debtor. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING**
**ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held:

    At:  100 S. 3rd Street, Room 250, Geneva, IL  60134

    On:    January 6, 2011      Time:  10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $      30,028.73 |
    | Disbursements | $             0.00 |
    | Net Cash Available for Distribution | $      30,028.73 |

Page 1

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $ 3,752.82 | $ 59.23 |
| Attn'y for Trustee | $ -0- | $ 595.00 | $ -0- |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $ -0- , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  -0-  %.

Allowed priority claims are: NONE

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

7. Claims of general unsecured creditors totaling $ 89,338.57 have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be  29 %.

Allowed general unsecured claims are as follows:

Allowed

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 1 | Dominion Retail | $ 875.46 | $ 875.46 |
| Interest | Dominion Retail | $ 0.95 | $ 0.95 |
| 2 | Wells Fargo | $ 88,463.11 | $ 24,745.27 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, .ilnb.uscourts.gov.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

    NONE

Dated: _____          For the Court,

                                 By: _____
                                     Kenneth S. Gardner
                                     Clerk of the U.S. Bankruptcy Court
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

Myfiles/Bankruptcy/Forms/New – Notice of Trustee's Final Report, Hearing

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhuley                 Page 1 of 1                  Date Rcvd: Dec 03, 2010
Case: 10-03085                Form ID: pdf006              Total Noticed: 15

The following entities were noticed by first class mail on Dec 05, 2010.
db           +Duanne A Kleckner,    506 Hardin Avenue,    Aurora, IL 60506-5021
aty          +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
tr           +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
15019370      Bank of America,    Box 650225,    Dallas, TX 75265-0225
15019371      CBCS,    PO Box 165025,    Columbus, OH 43216-5025
15019372      Chase Home Finance LLC,    3415 Vision Dr.,    Columbus, OH 43219-6009
15068709      CitiMortgage, Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240.
15407390     +Dominion Retail Inc,    Attn: Jennifer McLaughlin,    501 Martindale Street,    Suite 400,
               Pittsburgh, PA 15212-5817
15019373     +Dominion Retail Inc.,    PO Box 298,    Pittsburgh, PA 15230-0298
15019374     +Heller and Fristone, Ltd.,    33 N. LaSalle St., Ste. 1200,    Chicago, IL 60602-2866
15019375     +LaSalle Bank/WaMu,    C/O Heavner, Scott, Beyer & Mihlar,    PO Box 740 111 E Main St. Ste. 200,
               Decatur, IL 62525-0740
15019377      The Right One,    80 Washington Street, Bldg. E 11-12,    Aurora, IL 60506
16265165     +Wells Fargo Bank,    1 Home Campus,    MAC X2303-01A,    Des Moines IA 50328-0001
15019378     +Wells Fargo Bank, NA,    PO Box 54780,    Los Angeles, CA 90054-0780

The following entities were noticed by electronic transmission on Dec 03, 2010.
15019376     +E-mail/Text: bankrup@nicor.com                            NICOR,    PO Box 0632,
               Aurora, IL 60507-0632
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Carl Sandra
aty*         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 05, 2010**      **Signature:** _Joseph Speetjens_