# UNITED STATES BANKRUPTCY COURT
NORTHERN    DISTRICT OF    ILLINOIS
Eastern Division

In re:    KLECKNER, DUANNE A.    §    Case No. 10-03085
§
§
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROY SAFANDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $299,851.00 |
| Total Distributions to Claimants: | $25,621.68 | Claims Discharged Without Payment: | $760,812.62 |
| Total Expenses of Administration: | $4,407.05 | | |

3) Total gross receipts of $30,028.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $30,028.73 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $161,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $4,407.05 | $4,407.05 | $4,407.05 | $4,407.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $824,531.00 | $89,338.57 | $89,338.57 | $25,621.68 |
| **TOTAL DISBURSEMENTS** | $990,438.05 | $93,745.62 | $93,745.62 | $30,028.73 |

4) This case was originally filed under chapter  7  on 01/27/2010 .
   The case was pending for    14    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2011                          By: /S/ ROY SAFANDA
                                               Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Sale of Assets to Debtor | 1129-00X | $30,000.00 |
| Interest | 1270-00X | $28.73 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$30,028.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America | 4110-00X | $161,500.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL SECURED CLAIMS** | | **$161,500.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roy Safanda | 2100-00X | N/A | $3,752.82 | $3,752.82 | $3,752.82 |
| Roy Safanda | 2200-00X | N/A | $59.23 | $59.23 | $59.23 |
| Roy Safanda | 3110-00X | N/A | $595.00 | $595.00 | $595.00 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $4,407.05 | $4,407.05 | $4,407.05 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | N/A | | | |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | | | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | | | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Daminion Retail | 7100-90X | $876.00 | $875.46 | $875.46 | $876.41 |
| Wells Fargo Bank | 7100-90X | $88,123.00 | $88,463.11 | $88,463.11 | $24,745.27 |
| Chase Home Finance | 4100-00X | $495,582.00 | $0.00 | $0.00 | $0.00 |
| LaSalle Bank/WaMu | 4110-00X | $237,000.00 | $0.00 | $0.00 | $0.00 |
| Nicor | 7100-00X | $250.00 | $0.00 | $0.00 | $0.00 |
| The Right One | 7100-00X | $2,700.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $824,531.00 | $89,338.57 | $89,338.57 | $25,621.68 |

**FORM 1**

Case 10-03085 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT Desc Main Page: 1
Doc 39 Filed 06/01/11 Entered 06/01/11 09:11:05
ASSET CASES
Document Page 6 of 8

| Case No.: | 10-03085 MB Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | KLECKNER, DUANNE A | Date Filed (f) or Converted (c): | 01/27/10 (f) |
| | | 341(a) Meeting Date: | 03/01/10 |
| For Period Ending: 06/01/11 | | Claims Bar Date: | 06/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 158,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. Bank Accts. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Household | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5. Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. Jewelry | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. Sec. 529 | 1,251.00 | 0.00 | DA | 0.00 | FA |
| 8. IRA | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Const. Co. | 12,000.00 | 12,000.00 | | 30,000.00 | FA |
| 10. Storage Co. | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Interest (u) | Unknown | 0.00 | | 28.73 | FA |

|  |  |  |  | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $299,921.00 | $12,000.00 | | $30,028.73 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR):  / /      Current Projected Date of Final Report (TFR):  / /

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-03085 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | KLECKNER, DUANNE A | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******9758 Checking Account |
| Taxpayer ID No: | *******5522 | | Old Account #'s: | 1: *******9758  2: |
| For Period Ending: | 06/01/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/21/10 | 9 | Debtor | Sale of Assets | 1129-000 | 1,000.00 | | 1,000.00 |
| 11/08/10 | | Old 2nd NB | Redeem MM | 9999-000 | 29,028.73 | | 30,028.73 |
| 01/06/11 | 001001 | Dominion Retail | Dividend | 7100-900 | | 876.41 | 29,152.32 |
| 01/06/11 | 001002 | Wells Fargo | Dividend | 7100-900 | | 24,745.27 | 4,407.05 |
| 01/06/11 | 001003 | Roy Safanda | Trustee's Attny. | 3110-000 | | 595.00 | 3,812.05 |
| 01/06/11 | 001003 | Roy Safanda | Trustee's Comp. | | | 3,812.05 | 0.00 |
| | | | Trustee's Exp. | | | | |
| | | | Fees  3,752.82 | 2100-000 | | | |
| | | | Expenses  59.23 | 2200-000 | | | |

|  | COLUMN TOTALS | 30,028.73 | 30,028.73 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 29,028.73 | 0.00 | |
|  | Subtotal | 1,000.00 | 30,028.73 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 1,000.00 | 30,028.73 | |

Page Subtotals  30,028.73  30,028.73

Ver: 16.02b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 10-03085 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | KLECKNER, DUANNE A | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******9766 Money Market Account |
| Taxpayer ID No: | *******5522 | | Old Account #'s: 1: *******9766 | 2: |
| For Period Ending: | 06/01/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/21/10 | 9 | Debtor | Sale of Assets | 1129-000 | 29,000.00 | | 29,000.00 |
| 05/31/10 | 11 | Old Second National Bank | INTEREST | 1270-000 | 2.18 | | 29,002.18 |
| 06/30/10 | 11 | Old Second National Bank | INTEREST | 1270-000 | 5.96 | | 29,008.14 |
| 07/31/10 | 11 | Old Second National Bank | INTEREST | 1270-000 | 6.12 | | 29,014.26 |
| 08/31/10 | 11 | Old Second National Bank | INTEREST | 1270-000 | 4.77 | | 29,019.03 |
| 09/30/10 | 11 | Old Second National Bank | INTEREST | 1270-000 | 4.77 | | 29,023.80 |
| 10/31/10 | 11 | Old Second National Bank | INTEREST | 1270-000 | 4.93 | | 29,028.73 |
| 11/08/10 | 000101 | Ond 2nd NB | Trans. To Checking | 9999-000 | | 29,028.73 | 0.00 |

| | COLUMN TOTALS | 29,028.73 | 29,028.73 | 0.00 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | 0.00 | 29,028.73 | |
| | Subtotal | 29,028.73 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 29,028.73 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********9758 | 1,000.00 | 30,028.73 | 0.00 |
| Money Market Account - ********9766 | 29,028.73 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 30,028.73 | 30,028.73 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 29,028.73 29,028.73

Ver: 16.02b

LFORM24